UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORMAN N. KINEL,<br><br>               Plaintiff,<br><br>vs.<br><br>SHERMAN ACQUISITION II, LP, SHERMAN ACQUISITION, LP, SHERMAN FINANCIAL GROUP LLC, ALEGIS GROUP L.P., ALEGIS GROUP LLC, TRANSUNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX, HOUSEHOLD BANK (SB), N.A., NORTH AMERICAN COLLECTORS, INC., WOLFPOFF & ABRAMSON, L.L.P., FORSTER & GARBUS, FINANCIAL RECOVERY SERVICES, INC., and LEVITZ FURNITURE CORPORATION<br><br>               Defendants. | Case No.:   05 CV 3456 (RCC) (THK) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Norman N. Kinel and defendant Trans Union LLC ("Trans Union") stipulate to the dismissal of the Amended Complaint as to Defendant Trans Union only in the above-captioned matter, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: New York, New York
       April 12, 2006

| | |
|---|---|
| /s/ Terence D. Watson | /s/ Timothy P. Creech |
| Terence D. Watson (TW 0288) | Timothy P. Creech |
| Dreier LLP | KOGAN, TRICHON & WERTHEIMER, P.C. |
| 499 Park Avenue | 1818 Market Street |
| New York, New York 10022 | Philadelphia, PA 19103-3699 |
| (212) 328-6100 | (215) 575-7600 |
| *Attorneys for Norman N. Kinel* | *Attorneys for Defendant Trans Union, LLC* |